

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00528-CV

**IN RE** Chukwuzoba Mary **CYNTHIA ORAEKWE**

Original Proceeding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Beth Watkins, Justice
    Liza A. Rodriguez, Justice

Delivered and Filed: March 29, 2023

MOTION FOR EMERGENCY STAY DENIED

On August 18, 2022, relator filed a motion for emergency stay. *See* TEX. R. APP. P. 52.10. In her emergency motion, relator represented a mandamus petition would be forthcoming. However, relator has not filed a mandamus petition. Because relator has not filed a petition, an original appellate proceeding has not commenced in this court. *See* TEX. R. APP. P. 52.1. Relator has failed to diligently prosecute this case. Relator's motion for emergency stay is **DENIED**.[1]

PER CURIAM

---

[1] This court denied relator's motion by written order on March 14, 2023.